Under the circumstances disclosed in this record, we think it was improper to stay the proposed meeting of the stockholders and such stay is vacated. The petitioner, however, may inspect the books and records of Gas Construction and Service Co. Inc., as provided in the order appealed from, but such inspection shall be limited to the ten-day period beginning on the date to be fixed in the order to be settled herein. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

In the Matter of JANDYRA SANTOS et al., Parents of Infants Alleged to Be Neglected. In the Matter of JANDYRA SOUTHERN, Appellant. FREE SYNAGOGUE CHILD ADOPTION COMMITTEE, Respondent.— Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ. [See 278 App. Div. 373.]

## (October 23, 1951.)

COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Respondent, v. JOHN SCIACCO, Appellant.— No opinion. Present — Peck, P. J. Cohn, Callahan, Van Voorhis and Shientag, JJ.

CONSTANCE P. WALLACE, Respondent, v. TIME, INCORPORATED, Appellant.— No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.

MARY STYLER, Respondent, v. CITY OF NEW YORK, Appellant.— No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.; Van Voorhis, J., dissents and votes to reverse and dismiss upon the ground that the defect in the curbstone was too inconsequential to be the basis for liability as a matter of law.

RICHARD B. ADLER, as Executor of FLORENCE B. ADLER, Deceased, Respondent, v. WESTWOOD PHARMACAL CORPORATION et al., Appellants.— Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.

LEXINGTON MILK BAR, INC., Respondent, v. 38 EAST 23RD STREET CORP., Appellant.—